Opinion filed July 27, 2006 












 
 
  
 
 







 
 
  
 
 




Opinion filed July 27, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00191-CV 

                                                    __________

 

                                       IN THE INTEREST OF J.D.O.

 



 

                                         On
Appeal from the 106th District Court

 

                                                          Gaines County, Texas

 

                                              Trial
Court Cause No. 05-08-15023

 



 

                                             M
E M O R A N D U M   O P I N I O N

Brandi Anness filed a
notice of appeal challenging the associate judge=s
ruling from the June, 28, 2006 hearing.  On July 18, 2006, the trial court signed an
order granting a motion for a de novo hearing. 
Therefore, this case is still before the district court, and this court
does not have jurisdiction to entertain an appeal at this time.

The appeal is dismissed.

 

PER CURIAM

 

July 27, 2006

Panel
consists of:  Wright, C.J., and

McCall, J., and Strange, J.